686

MARY KNAPP, Respondent, v. PROTECTIVE INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDWIN C. CONRAD, as Trustee for the Benefit of JOHN F. MEYER, JR., and Another, Appellants, v. STOCKBRIDGE APARTMENTS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HYMAN FINKELSTEIN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Determination affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [151 Misc. 113; 152 id. 439.]

IDA V. S. ARMSTRONG, Respondent, v. THE ARMSTRONG HOTELS CORPORATION and Others, Defendants, Impleaded with THE ARMSTRONG RUBBER CO., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs, on the ground that there are triable issues with respect to all three causes of action. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDMUND HACKETT, Appellant, v. NATIONAL FREIGHT COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JOHN W. RAFFAELLI, Appellant, v. LOEW'S, INC., and Others, Defendants, Impleaded with MICHAEL KENNEDY, JR., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ELSIE NITTNAUS, as Administratrix, etc., of HENRY LAWRENCE NITTNAUS, Deceased, Respondent, v. BILLINGS ESTATE CORPORATION, Appellant.* — Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $27,939.58; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

PHOEBE COHEN, Respondent, v. SIDNEY WEINBERG and Another, Defendants, Impleaded with HARRY MILLER and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of MICHAEL TISI, Petitioner, against THOMAS W. HAMMOND, Commissioner of the Department of Sanitation of the City of New York, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. 82–88 WALL STREET, INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GLOBE INDEMNITY COMPANY, Appellant, v. W. H. YAGER & SONS, INC., Defendant, Impleaded with CHESTER G. YAGER and Another, Respondents.— Judgment

* Affd., 267 N. Y. —.